United States Bankruptcy Court
Western District of New York

| | |
|---|---|
| In re: | Case No. 25-20117-PRW |
| Kathy Scott | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdforder | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy Scott, 41 N Park Dr, Rochester, NY 14612-3913 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George M. Reiber | trustee13@roch13.com greiber@roch13.com;trusteeNYWB63@ecf.epiqsystems.com |
| Terence L Robinson, Jr | on behalf of Notice of Appearance Creditor Canandaigua National Bank terence@robinsonlegalpllc.com sharon@robinsonlegalpllc.com |

TOTAL: 2

# United States Bankruptcy Court
## Western District Of New York

In re: Kathy Scott                                  Case No. 25-20117-PRW
                Debtor(s)

xxx-xx-3720

## FINAL DECREE

The estate of the above named debtor has been fully administered.

\_\_\_\_ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

\_X\_\_ George M. Reiber, Chapter 13 Trustee is discharged as trustee of the estate of the above-named debtor(s) and the bond is cancelled; and

\_X\_\_ The Chapter 13 case of the above-named debtor(s) is closed; and

\_\_\_\_ [other provisions as needed]

Dated: June 24, 2025                       _____/s/_____
Rochester, New York                              **Hon. Paul R. Warren**
                                                 **U.S. Bankruptcy Judge**